**Order entered September 18, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01051-CR

## EX PARTE BRADRICK J. COLLINS

**On Appeal from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. M17-18553-F**

# ORDER

The Court is in receipt of appellant's notice of appeal from the trial court's order denying relief sought by his pretrial application for writ of habeas corpus. Also before the Court is appellant's September 13, 2018 motion requesting expedition of the appeal. This is an accelerated appeal and is governed by Texas Rule of Appellate Procedure 31.

Appellant's motion requesting expedition is **DENIED**.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file it within **TEN DAYS** of the date of this order. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** the D a llas County Clerk to file the clerk's record by **October 3, 2018**. We **ORDER** that the clerk's record contain copies of the charging instrument, the application for writ of habeas corpus, the State's response, if any, to the writ application, the trial court's order

denying the writ application, any documents related to the writ proceedings, the trial court's certification of appellant's right to appeal, and any documents designated by the parties.

We **ORDER** the court reporter, or if there is no court reporter for this case, the trial court coordinator, to file by **October 3, 2018**, either the reporter's record or written verification that no hearing was conducted in connection with appellant's pretrial writ application.

We **ORDER** appellant to file his brief by **October 23, 2018**.  We **ORDER** the State to file its brief by **November 12, 2018**.  After the record and briefs have been filed, the Court will notify the parties of the submission date and panel.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Lisa Green, Presiding Judge, County Criminal Court No. 5; Naidja Taylor, court coordinator, County Criminal Court No. 5; John F. Warren, Dallas County Clerk; Bradrick J. Collins, pro se; and Lori Ordiway, assistant district attorney.

/s/    CRAIG STODDART
JUSTICE